# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-06600-MMM<br>11-bk-58222 ER | Date | August 16, 2012 |
|---|---|---|---|

| Title | *In re Debtor*: Peli Popovich Hunt<br>Peli Popovich Hunt vs Daniel Capen, et al. |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| R. Neal for ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**  **Order To Show Cause Re Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8006 records.

Appellant is Ordered to Show Cause no later than <u>August 30, 2012</u>, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.