# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-06600-MMM<br>11-bk-58222 ER | Date | August 16, 2012 |

| | |
|---|---|
| Title | *In re Debtor*: Peli Popovich Hunt<br>Peli Popovich Hunt vs Daniel Capen, et al. |

Present: The Honorable    MARGARET M. MORROW

| R. Neal for ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**        **Order To Show Cause Re Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8006 records.

Appellant is Ordered to Show Cause no later than August 30, 2012, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.